**PRESTIGE FLORAL, SOCIETE ANON-YME, Plaintiff-Appellant,**

v.

**ZUNINO-ALTMAN, INC., Defendant-Appellee.**

No. 299, Docket 27375.

United States Court of Appeals
Second Circuit.

Argued March 8, 1962.

Decided March 8, 1962.

---

1. Wisc.Stat. § 343.15(2), 1959.

We affirm the district court. We are unpersuaded that in the posture of the case before the district judge the plaintiff made the prima facie showing required of it to obtain a preliminary injunction.

Kane, Dalsimer & Kane, New York City (Emil Scheller, New York City, of counsel), for plaintiff-appellant.

Curtis, Morris & Safford, New York City (Daniel L. Morris, New York City, of counsel), for defendant-appellee.

Before WATERMAN, KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM.

Plaintiff, owner of a copyright upon an artificial cactus dahlia, made of polyethylene, complains that defendant has imitated its dahlia and infringed its copyright, and seeks a permanent injunction against continued imitation and infringement, for damages, and for other relief. Pending hearing upon the merits of its complaint, plaintiff obtained, *ex parte*, a restraining order, and prayed that a preliminary injunction also issue to remain in force until final hearing. Defendant moved to vacate the *ex parte* restraining order. On the cross-motions the district judge below in a reasoned opinion vacated the temporary restraining order and denied the motion for the preliminary injunction. Plaintiff appeals.